Gabriel MINASYAN; Hasmik Mina-
syan; Sahak Minasyan; Hakob
Minasyan, Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 04–70843.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 21, 2006.

Gabriel Minaysyan Glendale, CA, pro se.

Hasmik Minasyan, Glendale, CA, pro se.

Sahak Minasyan, Glendale, CA, pro se.

Hakob Minasyan, Glendale, CA, pro se.

Regional Counsel, Laguna Niguel, CA,
Ronald E. Lefevre, Chief Legal Officer,
San Francisco, CA, Genevieve Holm, Esq.,
Earle B. Wilson, Esq., Washington, DC,
for Respondent.

Before: FERNANDEZ, RYMER and
BYBEE, Circuit Judges.

### MEMORANDUM **

Gabriel Minasyan, his wife Hasmik Mi-
nasyan and his two sons, Sahak and Hakob
Minasyan, petition pro se for review of an
order of the Board of Immigration Appeals
("BIA") denying their untimely motion to
reconsider the BIA's order dismissing

their appeal from an immigration judge's
order denying asylum and to reopen pro-
ceedings. To the extent we have jurisdic-
tion, it is conferred by 8 U.S.C. § 1252.
We review de novo claims of due process
violations. See Colmenar v. INS, 210 F.3d
967, 971 (9th Cir.2000). We dismiss in
part and deny in part the petition for
review.

We lack jurisdiction to review the peti-
tioners' contention that the BIA should
have exercised its sua sponte authority to
reopen the proceedings. See Ekimian v.
INS, 303 F.3d 1153, 1159 (9th Cir.2002).

Further, Minaysyan's due process argu-
ment fails because the record shows that
the BIA mailed the briefing schedule to
Minaysyan's most recent address of rec-
ord. See Singh v. Ashcroft, 362 F.3d 1164,
1167–68 (9th Cir.2004).

**PETITION FOR REVIEW DIS-
MISSED in part; DENIED in part**

---

* The panel unanimously finds this case suitable
for decision without oral argument. See Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.